```
 1 │ RENE L. VALLADARES
   │ Federal Public Defender
 2 │ State Bar No. 11479
   │ MONIQUE KIRTLEY
 3 │ Assistant Federal Public Defender
   │ 411 E. Bonneville Ave., Suite 250
 4 │ Las Vegas, Nevada 89101
   │ (702) 388-6577/Phone
 5 │ (702) 388-6261/Fax
 6 │ Attorneys for James Nobles
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| UNITED STATES OF AMERICA, | CASE NO.: 2:13-mj-457-CWH |
|---|---|
| Plaintiff, | **MOTION TO WAIVE PRESENCE AT SENTENCING** |
| vs. | |
| JAMES NOBLES, | |
| Defendant. | |

On October 17, 2013, pursuant to a written Petty Offense Plea Agreement, the defendant, JAMES NOBLES, pled guilty to a Criminal Information alleging a violation of 18 U.S.C. § 113(a)(4) Assault.

Sentencing is scheduled on Monday, January 6, 2014, at the hour of 9:30 a.m.

The defendant, JAMES NOBLES, hereby waives his right to be present for his sentencing and agrees to be sentenced telephonically on Monday, January 6, 2014.

Respectfully submitted,

DATED: 10/22/13

MONIQUE KIRTLEY
Assistant Federal Public Defender

DATED: X 22 OCT 13

JAMES NOBLES

1

IT IS SO ORDERED.

DATED: October 22, 2013

_____
UNITED STATES MAGISTRATE JUDGE

O:\TRIAL UNIT\MNK\Nobles, James\Pleadings\Waiver of Appearance2.wpd      2